# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| West African Ventures Limited and Sea Trucks Group FZE <br><br> *Plaintiff(s)* <br> v. <br> Ranger Offshore, Inc. and SunTx Capital Partners II GP, LP <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 17-548 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ranger Offshore, Inc. can be served through its registered agent for service of process, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, TX 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew C. Guy, Bland & Partners P.L.L.C., 1717 St. James Place, Suite 360, Houston, TX 77056

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DAVID J. BRADLEY**
*CLERK OF COURT*

Date: 2/22/17

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-548

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                                *Server's signature*

                           _____
                                *Printed name and title*

                           _____
                                *Server's address*

Additional information regarding attempted service, etc:

# Affidavit of Process Server

**IN THE UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of TEXAS**
(NAME OF COURT)

| West African Ventures LTD, et al | vs | Ranger Offshore, Inc., and SunTx Capital Partners II GP,LP | 17-548 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, **Kenny Bogle**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served **Ranger Offshore, Inc. by Delivering to it's Registered Agent for Service: CT Corporation System**
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) **Summons and Complaint**

by leaving with **Laura Perez** | **Intake Agent** At
NAME | RELATIONSHIP / POSITION

☐ Residence _____
ADDRESS | CITY / STATE

■ Business **1999 Bryan St.** | **Dallas, TX**
ADDRESS | CITY / STATE

On **3-2-17** AT **1:30pm**
DATE | TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY | STATE | ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
■ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME | DATE TIME

(3) _____ (4) _____ (5) _____
DATE TIME | DATE TIME | DATE TIME

**Description:** Age ___ Sex ___ Race ___ Height ___ Weight ___ Hair ___ Beard ___ Glasses ___

EXP 8-17
TR S.C. #219
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this **3** day of **March**, 20**17**, by **Kenny Bogle**,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LUCRETIA L WALLACE
My Commission Expires
May 31, 2019

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of **TEXAS**



FORM 2 | NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS