United States District Court
Southern District of Texas
**ENTERED**
December 18, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **WEST AFRICAN VENTURES LIMITED and SEA TRUCKS GROUP FZE** | § § § § | **JUDGE ALFRED BENNETT** |
| *Plaintiffs,* | § § § | |
| v. | § § | **CIVIL ACTION NO. 4:17-cv-00548** |
| **RANGER OFFSHORE, INC. AND SUNTX CAPITAL PARTNERS II GP, LP** | § § § § § | |
| *Defendants.* | § | |

## ORDER ON PLAINTIFFS' MOTION TO COMPEL POST-JUDGMENT DISCOVERY

Before the Court came the Motion to Compel Post-Judgment Discovery filed by Plaintiffs/Judgment-Creditors West African Ventures Limited ("WAV") and Sea Trucks Group FZE ("STG") (together, "Plaintiffs" or "Judgment-Creditors") (Doc. 159). The Court having considered the motion, the Response filed by SunTx Capital Partners II GP, LP ("SunTx") (Doc. 160) and Plaintiff's Response (Doc. 161), the Court Orders as follows:

(1) The Court defers ruling on the individual objections raised by SunTx to Plaintiffs' Requests for Production of Documents, except as provided herein;

(2) The following documents shall be produced by SunTx to Plaintiffs within 14 days of this Order:

   (i)   SunTx's most recent tax return;

   (ii)  Documents evidencing the assets of the General Partnership and the Limited Partnership to the extent that these assets would be collectable from SunTx;

   (iii) Documents evidencing accounts receivable owed to SunTx and Ranger; and,

(iv)   Documents evidencing any insurance proceeds arising out of the Shell Project and/or the Conoil Project actually received by SunTx and/or Ranger and any documents listing such insurance proceeds as an asset of SunTx and/or Ranger.

SO ORDERED:   December 18, 2020

_____
HON. ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE